UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| LUJUAN TUCKER, | |
| Plaintiff, | Case No. 3:18-cv-402 |
| vs. | |
| THE OHIO BELL TELEPHONE COMPANY, | District Judge Thomas M. Rose<br>Magistrate Judge Michael J. Newman |
| Defendant. | |

---

# ORDER REGARDING PLAINTIFF'S COUNSEL'S MOTION
# FOR LEAVE TO WITHDRAW (DOC. 11)

---

This civil case is before the Court on Plaintiff's counsel's motion to withdraw as the attorney of record for Plaintiff. Doc. 11. In accordance with S.D. Ohio Civ. R. 83.4(c)(2), counsel served a copy of the motion on Plaintiff. Because the Court "will not ordinarily grant a motion for leave to withdraw until the client has been given an opportunity to respond to the motion[,]" S.D. Ohio Civ. R. 83.4(c)(4), the Court **ORDERS** Plaintiff to file any response to counsel's motion to withdraw on or before **August 14, 2019**. Should Plaintiff not respond, the Court may grant such motion as unopposed. Plaintiff's counsel of record is **ORDERED** to send a copy of this Order to Plaintiff forthwith via mail and, if possible, email.

    **IT IS SO ORDERED.**

Date: July 24, 2019                        s/ Michael J. Newman
                                                     Michael J. Newman
                                                     United States Magistrate Judge