UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LUJUAN TUCKER,

    Plaintiff,                      Case No. 3:18-cv-402

vs.

OHIO BELL TELEPHONE COMPANY,      District Judge Thomas M. Rose
                                                        Magistrate Judge Michael J. Newman

    Defendant

---

**ORDER AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. 16); (2) DISMISSING THIS CASE FOR FAILURE TO PROSECUTE; AND (3) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. 16), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation (Doc. 16) is **ADOPTED** in full; (2) this case is **DISMISSED** for failure to prosecute; and (3) this case is **TERMINATED** on the Court's docket.

    **IT IS SO ORDERED.**

Date:  December 4, 2019                           *s/Thomas M. Rose
                                                                       Thomas M. Rose
                                                                        United States District Judge